Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
JAVIER CASTRO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>HECTOR CASTANEDA, et al.,<br><br>              Defendants. | No. 2:13-CR-00357-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff; Christopher Haydn-Myer, attorney for defendant Hector Castaneda; Dina Santos, attorney for defendant Jose Amador; Christopher Carlos, attorney for defendant Stacy Miller; Michael E. Hansen, attorney for defendant Javier Castro; Curtis Rodriguez, attorney for defendant Refugio Montoya; and Michael Petrik, Jr., attorney for defendant Hemant Solanki, that the previously-scheduled status conference date of December 3, 2013, be vacated and the matter set for status conference on February 4, 2014, at 9:45 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and

1

**Stipulation and [Proposed] Order to Continue Status Conference**

that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, November 27, 2013, to and including February 4, 2014.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: November 27, 2013	Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JAVIER CASTRO

Dated: November 27, 2013	/s/ Michael E. Hansen for
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
HECTOR CASTANEDA

Dated: November 27, 2013	/s/ Michael E. Hansen for
DINA SANTOS
Attorney for Defendant
JOSE AMADOR

Dated: November 27, 2013	/s/ Michael E. Hansen for
CHRISTOPHER CARLOS
Attorney for Defendant
STACY MILLER

Dated: November 27, 2013	/s/ Michael E. Hansen for
CURTIS RODRIGUEZ
Attorney for Defendant
REFUGIO MONTOYA

Dated: November 27, 2013	HEATHER E. WILLIAMS
Federal Defender

By: /s/ Michael E. Hansen for
MICHAEL PETRIK, JR.
Attorney for Defendant
HEMANT SOLANKI

Dated: November 27, 2013	BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

/ /

**Stipulation and [Proposed] Order to Continue Status Conference**

# **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, November 27, 2013, to and including February 4, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the December 3, 2013, status conference shall be continued until February 4, 2014, at 9:45 a.m.

**IT IS SO ORDERED**.

Dated:  11/27/2013                                         /s/ John A. Mendez
                                                                  _____
                                                                  JOHN A. MENDEZ
                                                                  United States District Judge

**Stipulation and [Proposed] Order to Continue Status Conference**