Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
Telephone: 916.438.7711
Fax: 916.864.1359

Attorney for Defendant
JAVIER CASTRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR CASTANEDA, et al.,<br><br>　　　　Defendants. | No. 2:13-CR-00357-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff; Christopher Haydn-Myer, attorney for defendant Hector Castaneda; Dina Santos, attorney for defendant Jose Amador; Christopher Carlos, attorney for defendant Stacy Miller; Michael E. Hansen, attorney for defendant Javier Castro; Curtis Rodriguez, attorney for defendant Refugio Montoya; and Michael Petrik, Jr., attorney for defendant Hemant Solanki, that the previously-scheduled status conference date of July 22, 2014, be vacated and the matter set for status conference on

1

September 30, 2014, at 9:45 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. Discovery provided to date includes five wiretaps and approximately 1,130 pages of reports. Also, some of the defendants are Spanish speaking and require the services of an interpreter.

Additionally, Michael Hansen will be in trial in <u>U.S. v. John Harris</u> (Case No. 2:12-CR-00326-MCE) commencing July 21, 2014.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, July 18, 2014, to and including September 30, 2014.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

/ /

| | |
|---|---|
| 1 | / / |
| 2 | IT IS SO STIPULATED. |
| 3 | Dated: July 18, 2014          Respectfully submitted, |

```
 1   / /

 2        IT IS SO STIPULATED.

 3   Dated:   July 18, 2014              Respectfully submitted,

 4                                       /s/ Michael E. Hansen
                                         MICHAEL E. HANSEN
 5                                       Attorney for Defendant
                                         JAVIER CASTRO
 6

 7   Dated:   July 18, 2014              /s/ Michael E. Hansen for
                                         CHRISTOPHER HAYDN-MYER
 8                                       Attorney for Defendant
                                         HECTOR CASTANEDA
 9
     Dated:   July 18, 2014              /s/ Michael E. Hansen for
10                                       DINA SANTOS
                                         Attorney for Defendant
11                                       JOSE AMADOR

12   Dated:   July 18, 2014              /s/ Michael E. Hansen for
                                         CHRISTOPHER CARLOS
13                                       Attorney for Defendant
                                         STACY MILLER
14
     Dated:   July 18, 2014              /s/ Michael E. Hansen for
15                                       CURTIS RODRIGUEZ
                                         Attorney for Defendant
16                                       REFUGIO MONTOYA

17   Dated:   July 18, 2014              HEATHER E. WILLIAMS
                                         Federal Defender
18
                                         By: /s/ Michael E. Hansen for
19                                       MICHAEL PETRIK, JR.
                                         Attorney for Defendant
20                                       HEMANT SOLANKI

21   Dated:   July 18, 2014              BENJAMIN B. WAGNER
                                         United States Attorney
22
                                         By:  /s/ Michael E. Hansen for
23                                       JASON HITT
                                         Assistant U.S. Attorney
24                                       Attorney for Plaintiff
```

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, July 18, 2014, to and including September 30, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the July 22, 2014, status conference shall be continued until September 30, 2014, at 9:45 a.m.

**IT IS SO ORDERED.**

Dated: July 18, 2014  /s/ JOHN A. MENDEZ
_____  JOHN A. MENDEZ
United States District Judge