HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1050 Opportunity Drive, Suite 140
Roseville, California 95678
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
HECTOR CASTANEDA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>HECTOR CASTANEDA, et al.,<br><br>        Defendants. | Cr.S No. 13-0357-JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME<br><br>Date: November 4, 2014<br>Time: 9:30 a.m.<br>Court: Hon. John A. Mendez |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Jason Hitt; Dina Santos, attorney for defendant Jose Amador; Christopher Carlos, attorney for defendant Stacy Miller; Michael E. Hansen, attorney for defendant Javier Castro; Curtis Rodriguez, attorney for defendant Refugio Montoya; Michael Petrik, Jr., attorney for defendant Hemant Solanki; and, Christopher Haydn-Myer, attorney for Hector Castaneda, hereby stipulate and agree as follows:

1. A status conference is currently set for November 4, 2014 at 9:30 a.m.

2. By this stipulation, the above-named defendants now move to continue the status conference to January 13, 2015 at 9:30 a.m., and to exclude time between November 4, 2014 to January 13, 2015 under Local Code T4. Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

   a. The government has produced discovery which to date includes: 2356 bates pages of discovery, containing investigative materials; five discs containing five wiretaps of five phones, and access to over 100 DVDs that contain video footage filmed during the investigation. Additionally, counsel has been informed that two of the defendants are actively involved in plea negotiations, and they have requested plea agreements from the government.

   b. Counsel believes that failure to grant the above-requested continuance would deny their clients the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c. Plaintiff does not object to the continuance.

   d. Based on the above-stated findings, the ends of justice served by continuing the status conference as requested

outweigh the best interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from November 4, 2014 to January 13, 2015 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B (iv) [Local Code T4] because it results from a continuance by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Christopher Haydn-Myer has been authorized to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

///
///
///
///

| | | |
|---|---|---|
| DATED: October 31, 2014 | | BENJAMIN B. WAGNER<br>Unites States Attorney |

/s/ Christopher Haydn-Myer for
JASON HITT
Assistant United States Attorney
for Plaintiff United States

DATED: October 31, 2014        /s/ Christopher Haydn-Myer for
MICHAEL E. HANSEN
Attorney for Defendant
JAVIER CASTRO

DATED: October 31, 2014        /s/ Christopher Haydn-Myer for
DINA SANTOS
Attorney for Defendant
JOSE AMADOR

DATED: October 31, 2014        /s/ Christopher Haydn-Myer for
CHRISTOPHER CARLOS
Attorney for Defendant
STACY MILLER

DATED: October 31, 2014        /s/ Christopher Haydn-Myer for
CURTIS RODRIGUEZ
Attorney for Defendant
REFUGIO MONTOYA

DATED: October 31, 2014        HEATHER E. WILLIAMS
Federal Defender

/s/ Christopher Haydn-Myer for
MICHAEL PETRIK, JR.
Attorney for Defendant
HEMANT SOLANKI

DATED: October 31, 2014        HAYDN-MYER LAW OFFICE

/s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
HECTOR CASTANEDA

**ORDER**

IT IS SO FOUND AND ORDERED this 31st of October, 2014.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE