1  Michael E. Hansen [SBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  Telephone: 916.438.7711
   Fax: 916.864.1359
4
5  Attorney for Defendant
   JAVIER CASTRO
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | No. 2:13-CR-00357-JAM

12 |        Plaintiff,               | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**
13 |   v.
14 | HECTOR CASTANEDA, et al.,
15 |        Defendants.

16

17      IT IS HEREBY STIPULATED by and between the parties hereto
18 through their respective counsel, Jason Hitt, Assistant United
19 States Attorney, attorney for plaintiff; Christopher Haydn-
20 Myer, attorney for defendant Hector Castaneda; Dina Santos,
21 attorney for defendant Jose Amador; Christopher Carlos,
22 attorney for defendant Stacy Miller; Michael E. Hansen,
23 attorney for defendant Javier Castro; Curtis Rodriguez,
24 attorney for defendant Refugio Montoya; and Michael Petrik,
25 Jr., attorney for defendant Hemant Solanki, that the
26 previously-scheduled status conference date of January 13,
27 2015, be vacated and the matter set for status conference on
28

                                    1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

February 24, 2015, at 9:30 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. Discovery provided to date includes five wiretaps and approximately 1,130 pages of reports. Also, some of the defendants are Spanish speaking and require the services of an interpreter.

Additionally, Michael Hansen is currently in trial in Department 31 of the Sacramento County Superior Court (People v. Christopher Farris, Sacramento County Superior Court Case No. 14F02926).

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, January 8, 2015, to and including February 24, 2015.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 8, 2015                    Respectfully submitted,

                                          /s/ Michael E. Hansen
                                          MICHAEL E. HANSEN
                                          Attorney for Defendant
                                          JAVIER CASTRO


Dated: January 8, 2015                    /s/ Michael E. Hansen for
                                          CHRISTOPHER HAYDN-MYER
                                          Attorney for Defendant
                                          HECTOR CASTANEDA

Dated: January 8, 2015                    /s/ Michael E. Hansen for
                                          DINA SANTOS
                                          Attorney for Defendant
                                          JOSE AMADOR

Dated: January 8, 2015                    /s/ Michael E. Hansen for
                                          CHRISTOPHER CARLOS
                                          Attorney for Defendant
                                          STACY MILLER

Dated: January 8, 2015                    /s/ Michael E. Hansen for
                                          CURTIS RODRIGUEZ
                                          Attorney for Defendant
                                          REFUGIO MONTOYA

Dated: January 8, 2015                    HEATHER E. WILLIAMS
                                          Federal Defender

                                          By: /s/ Michael E. Hansen for
                                          MICHAEL PETRIK, JR.
                                          Attorney for Defendant
                                          HEMANT SOLANKI

Dated: January 8, 2015                       BENJAMIN B. WAGNER
                                          United States Attorney

                                          By:  /s/ Michael E. Hansen for
                                          JASON HITT
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the

3

recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 8, 2015, to and including February 24, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the January 13, 2015, status conference shall be continued until February 24, 2015, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: 1/8/2015

_____/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge