1  CHRISTOPHER J. CARLOS (State Bar No. 203177)
   Santana and Carlos Law Firm, P.C.
2  500 Second Street
   Yuba City, CA 95991
3  Telephone: (530) 822-9500
   Email: carlos0534@sbcglobal.net
4
   Attorney for Defendant
5  Stacy Darren Miller

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,           Case No.: 2:13-cr-00357-JAM

9           Plaintiff,

10 vs.                                  STIPULATION AND ORDER TO EXCLUDE TIME

11 STACY DARREN MILLER,

12          Defendant

13                                      Date: April 21, 2015
                                        Time: 9:15 a.m.
                                        Hon. John A Mendez

         The parties request that the current status conference in this case be continued from April 21, 2015 to May 26, 2015 at 9:15 a.m. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T-4.

         Defense counsel needs additional time to review the discovery and to conduct further investigation in this case. Additionally, Christopher J. Carlos will be in trial People v. Lang Her in Yolo County Superior Court, Case No. 13-4199 commencing April 20, 2015.

         For these reasons, the parties jointly request a new status conference date, and that the time period from April 21, 2015, to and including May 26, 2015 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161 (h) (8) (B) (iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

1

Date: April 15, 2015                      /s/ Christopher J. Carlos for
                                          CHRISTOPHER J. CARLOS
                                          Attorney for Defendant
                                          STACY MILLER

Date: April 16, 2015                      /s/ Christopher J. Carlos for
                                          MICHAEL E. HANSEN
                                          Attorney for Defendant
                                          JAVIER CASTRO

Date: April 16, 2015                      /s/ Christopher J. Carlos for
                                          CHRISTOPHER HAYDN-MYER
                                          Attorney for Defendant
                                          HECTOR CASTANEDA

Date: April 16, 2015                      /s/ Christopher J. Carlos for
                                          DINA SANTOS
                                          Attorney for Defendant
                                          JOSE AMADOR

Date: April 16, 2015                      /s/ Christopher J. Carlos for
                                          CURTIS RODRIGUEZ
                                          Attorney for Defendant
                                          REFUGIO MONTOYA

Date: April 16, 2015                      /s/ Christopher J. Carlos for
                                          MICHAEL PETRIK, JR.
                                          Attorney for Defendant
                                          HEMANT SOLANKI

Date: April 16, 2015                      /s/ Christopher J. Carlos for
                                          JASON HITT
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Date: April 16, 2015                      /s/ John A. Mendez
                                          HONORABLE JUDGE JOHN A. MENDEZ
                                          United States District Court Judge