Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
Telephone: 916.438.7711
Fax: 916.864.1359

Attorney for Defendant
JAVIER CASTRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR CASTANEDA, et al.,<br><br>　　　　Defendants. | No. 2:13-CR-00357-JAM<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff; Christopher Haydn-Myer, attorney for defendant Hector Castaneda; Dina Santos, attorney for defendant Jose Amador; Christopher Carlos, attorney for defendant Stacy Miller; Michael E. Hansen, attorney for defendant Javier Castro; Curtis Rodriguez, attorney for defendant Refugio Montoya; and Michael Petrik, Jr., attorney for defendant Hemant Solanki, that the previously-scheduled status conference date of May 26, 2015, be vacated and the matter set for status conference on July 21,

1
AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

2015, at 9:15 a.m.

This continuance is requested to allow the Government additional time to prepare plea offers.

Additionally, Michael Hansen is currently in trial in Department 12 of the Sacramento County Superior Court (*People v. Jerry Gillion*, Sacramento County Superior Court Case No. 11F01901).

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, May 21, 2015, to and including July 21, 2015.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  May 21, 2015              Respectfully submitted,

                                  /s/ Michael E. Hansen
                                  MICHAEL E. HANSEN
                                  Attorney for Defendant
                                  JAVIER CASTRO

//

//

| | | |
|---|---|---|
| Dated: May 21, 2015 | | /s/ Michael E. Hansen for <u>CHRISTOPHER HAYDN-MYER</u><br>Attorney for Defendant<br>HECTOR CASTANEDA |
| Dated: May 21, 2015 | | /s/ Michael E. Hansen for <u>DINA SANTOS</u><br>Attorney for Defendant<br>JOSE AMADOR |
| Dated: May 21, 2015 | | /s/ Michael E. Hansen for <u>CHRISTOPHER CARLOS</u><br>Attorney for Defendant<br>STACY MILLER |
| Dated: May 21, 2015 | | /s/ Michael E. Hansen for <u>CURTIS RODRIGUEZ</u><br>Attorney for Defendant<br>REFUGIO MONTOYA |
| Dated: May 21, 2015 | | HEATHER E. WILLIAMS<br>Federal Defender<br><br>By: /s/ Michael E. Hansen for <u>MICHAEL PETRIK, JR.</u><br>Attorney for Defendant<br>HEMANT SOLANKI |
| Dated: May 21, 2015 | | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By: /s/ Michael E. Hansen for <u>JASON HITT</u><br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically

AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 21, 2015, to and including July 21, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the May 26, 2015, status conference shall be continued until July 21, 2015, at 9:15 a.m.

**IT IS SO ORDERED**.

Dated: 5/21/2015

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge