CHRISTOPHER J. CARLOS (State Bar No. 203177)
Santana and Carlos Law Firm, P.C.
500 Second Street
Yuba City, CA 95991
Telephone: (530) 822-9500
Email: carlos0534@sbcglobal.net

Attorney for Defendant
Stacy Darren Miller

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00357-JAM |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXCLUDE TIME |
| STACY DARREN MILLER, | |
| Defendant | Date: February 16, 2016<br>Time: 9:15 a.m.<br>Hon. John A Mendez |

The parties request that the current status conference in this case be continued from February 16, 2016 to March 1, 2016 at 9:15 a.m. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T-4.

Defense counsel needs additional time to review the discovery and to conduct further investigation in this case. Additionally, Christopher J. Carlos will be in trial People v. Lang Her in Yolo County Superior Court, Case No. 13-4199 commencing February 8, 2016. The trial will proceed every day, except for court holiday's for the next three weeks.

For these reasons, the parties jointly request a new status conference date, and that the time period from February 16, 2016, to and including March 1, 2016 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161 (h) (8) (B) (iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

1

Date: February 8, 2016                    /s/ Christopher J. Carlos for
                                          CHRISTOPHER J. CARLOS
                                          Attorney for Defendant
                                          STACY MILLER

                                          Michael E. Hansen authorized through email

Date: February 8, 2016                    /s/ Christopher J. Carlos for
                                          MICHAEL E. HANSEN
                                          Attorney for Defendant
                                          JAVIER CASTRO

                                          Dina Santos authorized through email

Date: February 8, 2016                    /s/ Christopher J. Carlos for
                                          DINA SANTOS
                                          Attorney for Defendant
                                          JOSE AMADOR

                                          Jason Hitt authorized by telephone

Date: February 8, 2016                    /s/ Christopher J. Carlos for
                                          JASON HITT
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Date: February 9, 2016                    /s/ John A. Mendez
                                          HONORABLE JUDGE JOHN A. MENDEZ
                                          United States District Court Judge