Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
JOSE CARLOS AMADOR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 13-357 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 4/12/16 AT 9:15 A.M. |
| v. | |
| JOSE CARLOS AMADOR, STACY DARREN MILLER, Defendants | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Jason Hitt, and Defendant Jose Carlos Amador, represented by Attorney Dina Santos; Defendant Stacy Miller, represented by Attorney Chris Carlos, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 1, 2016.

2. By this stipulation, defendant now moves to continue the status conference until April 12, 2016 at 9:15 a.m., and to exclude time between March 1, 2016 and April 12, 2016, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendants desire additional time to review discovery, continue to conduct investigation, finalize plea agreements, and to otherwise prepare for trial. Additionally, Attorney for Stacy Miller is currently in a jury trial and needs time to meet with his client.

    b) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

account the exercise of due diligence.

  c) The government does not object to the continuance.

  d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 1, 2016, to April 12, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 29, 2019       BENJAMIN B. WAGNER
                 United States Attorney

                 /s/ Jason Hitt
                 JASON HITT
                 Assistant United States Attorney

Dated: February 29, 2016            /s/   Dina L. Santos
                                    DINA SANTOS, ESQ.
                                    Attorney for Jose Carlos Amador

Dated: February 29, 2016            /s/   Chris Carlos
                                    CHRIS CARLOS, ESQ.
                                    Attorney for Stacy Miller

////
///
//
/

**ORDER**

IT IS SO FOUND AND ORDERED this 29th day of February, 2016

                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE

Stip. & [Proposed] Order Continuing Status Conf. & Excluding Time Periods Under Speedy Trial Act

3