Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
JOSE CARLOS AMADOR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 13-357 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE TO 5/17/16 AT 9:15 A.M. |
| v. | |
| JOSE CARLOS AMADOR, STACY DARREN MILLER, | |
| Defendants | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Jason Hitt, and Defendant Jose Carlos Amador, represented by Attorney Dina Santos; Defendant Stacy Miller, represented by Attorney Chris Carlos, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 12, 2016.

2. By this stipulation, defendant now moves to continue the status conference until May 17, 2016 at 9:15 a.m., and to exclude time between April 12, 2016, and May 17, 2016, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendants desire additional time to finalize plea agreements, and to otherwise prepare for trial. The Government has recently provided an amended plea agreement and Counsel for Mr. Amador needs time to meet with Mr. Amador in Colusa County Jail with a certified Spanish interpreter.

    b) Counsel for defendants believe that failure to grant the above-requested

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)      The government does not object to the continuance.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 12, 2016, to May 17, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 11, 2016                          BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  /s/ Jason Hitt
                                                  JASON HITT
                                                  Assistant United States Attorney

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 11, 2016 | /s/   Dina L. Santos |
| 3 | | DINA SANTOS, ESQ.<br>Attorney for Jose Carlos Amador |
| 4 | | |
| 5 | | |
| 6 | Dated: April 11, 2016 | /s/   Chris Carlos |
| 7 | | CHRIS CARLOS, ESQ.<br>Attorney for Stacy Miller |

////
///
//
/

### ORDER

IT IS SO FOUND AND ORDERED this 11th day of April, 2016

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE