CHRISTOPHER J. CARLOS (State Bar No. 203177)
Santana and Carlos Law Firm, P.C.
500 Second Street
Yuba City, CA 95991
Telephone: (530) 822-9500
Email: carlos0534@sbcglobal.net

Attorney for Defendant
Stacy Darren Miller

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00357-JAM |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXCLUDE TIME |
| STACY DARREN MILLER, | |
| Defendant | |
| | Date: October 4, 2016<br>Time: 9:15 a.m.<br>Hon. John A Mendez |

The parties request that the current sentencing date in this case be continued from October 4, 2016 to November 8, 2016 at 9:15 a.m. The original judgement and sentencing hearing was continued because the Court was unavailable. Defense counsel will be in trial in People v. Jaime Padilla, in Placer County Superior Court, case number 62-126550, beginning on October 3, 2016. Mr. Miller is aware of this stipulation and proposed order and personally agrees.

I have communicated with AUSA Jason Hitt by email and he has agreed to the continuance and the new proposed date of November 8, 2016.

Defense counsel has informed the United States Probation Officer, Julie Besabe, of the proposed new judgement and sentencing date and she has no objection to the continuance and the new judgement and sentencing date.

Respectfully submitted,

Date: September 27, 2016     /s/ Christopher J. Carlos for
CHRISTOPHER J. CARLOS

Attorney for Defendant
STACY MILLER

Date: September 27, 2016     /s/ Christopher J. Carlos for
Jason Hitt

Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Date: September 28, 2016

/s/ John A. Mendez
HONORABLE JUDGE JOHN A. MENDEZ

United States District Court Judge