PROB 35 (CAE)
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No:  0972 2:13CR00357-03 |
| | ) | |
| Stacy Darren Miller | ) | |
| | ) | |

On November 8, 2016, the above-named was sentenced to Supervised Release for a period of  5 Years, in reference to the offense of 21 USC 841(a)(1) – Possession With Intent to Distribute Methamphetamine (CLASS B FELONY).  Supervision commenced on April 8, 2019.

The United States Attorney is not in support of this request.  A representative from the United States Attorney's Office stated, "In Miller's particular case, his offense was serious, involving 395 grams of methamphetamine and 52.3 grams of actual methamphetamine. He was a sub-dealer in the Castaneda drug trafficking organization. His criminal history is significant and troubling.  He scored a Criminal History Category IV and, at the time of the federal offense, Miller was under a criminal justice sentence for Possession of a Controlled Substance out of Sutter County Superior Court.  Miller was committed to state prison in 1995, and again in 2010 after being unsuccessful on probation. He received the services of county probation and state parole; however, he continued to commit crimes and engage in a criminal lifestyle, well into middle age."

The supervised releasee has complied with the rules and regulations of Supervised Release And has not been involved in any further criminal activities. It is accordingly recommended that the supervised releasee be discharged from supervision.

Rev. 01/2021
PROB35__REPORT AND ORDER TERMINATING SUPERVISION PRIOR TO ORIGINAL EXPIRATION DATE (EARLY)

Re:     **Stacy Darren Miller**
        **Docket Number:   0972 2:13CR00357-03**
        <u>**Report and Order Terminating Supervised Release**</u>
        <u>**Prior to Original Expiration Date**</u>

**Respectfully submitted,**                              **Reviewed by,**

_____                    _____
**Rebecca A. Fidelman**                           **Michael K. McFarland**
**Sr. United States Probation Officer**       **Supervising United States Probation Officer**

**Dated:**   February 27, 2023
            Roseville, California
            RAF:aph

---

### ORDER OF COURT

The Court **DENIES** the request for early termination of supervised release as to Stacy Darren Miller.

Dated: March 7, 2023                    /s/ John A. Mendez
                                        _____
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE

CC:     AUSA (NAME)—Jason Hitt
        FLU Unit—United States Attorney's Office
        Fiscal Clerk—Clerk's Office
        Supervisee—Stacy Darren Miller

2